# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 08-23001-CIV-MOORE/SIMONTON

| | |
|---|---|
| **MICCOSUKEE TRIBE OF INDIANS** | ) |
| **OF FLORIDA, a federally-recognized** | ) |
| **Indian Tribe,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA; et al.** | ) |
| | ) |
| **Defendants.** | ) |
| _____/ | |

## MOTION TO WITHDRAW BY OF LAW FIRM OF
## LEHTINEN RIEDI BROOKS MOCARZ, P.A.,
## AS COUNSEL FOR PLAINTIFF MICCOSUKEE TRIBE OF INDIANS OF FLORIDA
(May 13, 2010)

The Law Firm of Lehtinen Riedi Brooks Moncarz, and more particularly the attorneys Dexter Lehtinen, Claudio Riedi, Kelly Brooks and Felippe Moncarz, hereby request leave of the Court pursuant to Local Rule 11.1(d)(3) to withdraw as counsel for Plaintiff Miccosukee Tribe of Indians of Florida at the client's request.  Plaintiff has indicated that the law firm of Jorden Burt, LLP, and more particularly Sonia Escobio O'Donnel, Esq. will continue to represent the Plaintiff in this matter.

By: ___/s/ Dexter Lehtinen_____
Dexter Lehtinen, Esq.
dwl@lehtinenlaw.com
LEHTINEN RIEDI BROOKS MONCARZ, P.A.
7700 North Kendall Drive, Suite 303
Miami, Florida  33156-7559
Tel: (305) 279-1166, Fax: (305) 279-1365

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th Day of May, 2010, a true and correct copy of the foregoing Motion was filed electronically with the Clerk of the Court using CM/ECF.  Copies of the foregoing document will be served upon Defendants' counsel forthwith upon appearance of such counsel, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/  Dexter Lehtinen
DEXTER LEHTINEN

Mark A. Brown
Senior Trial Attorney
U.S. Department of Justice
Environmental and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7469

Ty Bair
Trial Attorney
U.S. Department of Justice
Environmental and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 0663
Washington, D.C. 20044-0663

Sonia Escobio O'Donnell
Lara Escobio O'Donnell
        Attorneys for Miccosukee Tribe of Indians of Florida
JORDEN BURT, LLP
777 Brickell Ave., Suite 500
Miami, FL 33131